UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Denita Harris, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.07-1422(RCL) |
| District of Columbia, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT**

Comes now defendant, by counsel, and respectfully moves this Court for a brief extension of time, up to and including September 21, 2007, to file a response to plaintiff's Complaint, currently due on September 11, 2007. Due to an overburdened caseload, which included a number of motions and court appearances, the undersigned is unable to timely file a response. Plaintiff has consented to the brief requested extension of time.

Respectfully submitted,

LINDA SINGER,
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

        /s/ Maria Merkowitz
MARIA MERKOWITZ, [312967]
Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email–maria.merkowitz@dc.gov

September 10, 2007

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| Denita Harris, | ) | |
| Plaintiff, | ) | |
| v. | ) | Civil Action No.07-1422(RCL) |
| District of Columbia, | ) | |
| Defendant. | ) | |

**MEMORANDUM OF POINTS AND AUTHORITIES**

1. FEDERAL RULE OF CIVIL PROCEDURE 6 (b) (1)

2. The inherent powers of the court.

3. Plaintiff's consent to this motion.

Respectfully submitted,

LINDA SINGER,
Attorney General for the District of Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

        /s/ Maria Merkowitz
MARIA MERKOWITZ, [312967]
Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email–maria.merkowitz@dc.gov

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Denita Harris, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.07-1422(RCL) |
| District of Columbia, ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of Defendant's Consent Motion for an Extension of Time to File a Response to Plaintiff's Complaint and the entire record herein, it is this _____ day of _____ 2007, hereby

ORDERED, that the Defendant's Motion is granted, and,

IT IS FURTHER ORDERED, that defendant shall have up to and including September 21, 2007, in which to file its response to Plaintiff's Complaint.

_____
UNITED STATES DISTRICT JUDGE

5