UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DENITA HARRIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 07-1422 (RCL) |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Consent Motion [2] for an Extension of Time to File a Response to Plaintiff's Complaint and the entire record herein, it is hereby

ORDERED, that the Defendant's Motion is granted, and,

IT IS FURTHER ORDERED, that defendant shall have up to and including September 21, 2007, in which to file its response to Plaintiff's Complaint, *nunc pro tunc*.

Signed by United States District Judge Royce C. Lamberth, October 2, 2007.