UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| Denita Harris, | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil Action No.07-1422(RCL) |
| District of Columbia, | ) |
| Defendant. | ) |

**NOTICE OF WITHDRAWL OF MOTION**

The Defendant, by counsel, hereby withdraws its Motion to Dismiss, filed on September 20, 2007.

        Respectfully submitted,

        LINDA SINGER
        Attorney General for the District of Columbia

        GEORGE C. VALENTINE
        Deputy Attorney General, Civil Litigation Division

        /s/ Edward P. Taptich
        EDWARD P. TAPTICH [012914]
        Chief, Equity, Section 2

        /s/ Maria L. Merkowitz
        MARIA L. MERKOWITZ [312967]
        Senior Litigation Counsel
        441 4th Street, N.W.,  Sixth Floor North
        Washington, DC 20001
        (202) 442-9842
        FAX  -  (202) 727-3625
        E-mail – maria.merkowitz@dc.gov

October 9, 2007