UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
Denita Harris,                          )
                                        )
                Plaintiff,              )
                                        )        Civil Action No. 07-1422(RCL)
        v.                              )
District of Columbia,                   )
                                        )
                Defendant.              )
_____

ANSWER TO THE COMPLAINT

        Paragraph numbers below correspond to the paragraph numbers in the complaint.

        1.   The allegations contained in paragraph numbered 1 are conclusions of law
and/or of the pleader to which no response is required. If a response is required, then the
same are denied.

        2.   Defendant admits the existence of the statutory authorities alluded to in
paragraph numbered 2, but denies that jurisdiction or venue is necessarily authorized or
proper solely by reason thereof.

        3.   Defendant admits that plaintiff participated in an impartial administrative
hearing and that a Hearing Officer dismissed her case in an order dated May 8, 2007.
Defendant cannot respond to plaintiff's allegation concerning "these claims" as said term
is completely ambiguous.

        4.  Defendant is without sufficient knowledge to admit or deny the allegations
contained in paragraph numbered 4.

        5-7.  Defendant admits the allegations contained in paragraphs numbered 5
through 7.

8.   The allegations contained in paragraph numbered 8 are conclusions of law and/or of the pleader to which no response is required. If a response is required, then the same are denied.

9-10.   Defendant admits the allegations contained in paragraphs numbered 9 through 10 of the Complaint.

11.  The allegations contained in paragraph numbered 11 are a characterization of the due process complaint, which speaks for itself.

12. Defendant admits the allegations contained in paragraph numbered 12.

13.  Defendant incorporates by reference its answers to paragraphs numbered 1 through 12.

14.   The allegations contained in paragraph numbered 14 are a characterization of *34 C.F.R. § 300.502*. The regulation speaks for itself.

15.   The allegations contained in paragraph numbered 15 are denied.

16.   Defendant incorporates by reference its answers to paragraphs numbered 1 through 15.

17.   Defendant admits the allegations contained in paragraph numbered 17.

18-19.  The allegations contained in paragraphs numbered 18 through 19 are denied.

Further answering the complaint, defendant denies all allegations not specifically admitted or otherwise answered and all allegations of wrongdoing.

FIRST AFFIRMATIVE DEFENSE

This complaint fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to exhaust her administrative remedies on all pertinent issues.

## THIRD AFFIRMATIVE DEFENSE

Plaintiff's complaint is barred by the applicable statute of limitations or laches.

## FOURTH AFFIRMATIVE DEFENSE

Plaintiff's right to attorney fees and costs is strictly limited.


LINDA SINGER,
Attorney General for the District of
Columbia

GEORGE VALENTINE
Deputy Attorney General
Civil Litigation Division


/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2


 /s/ Maria Merkowitz
MARIA MERKOWITZ, [312967]
Assistant Attorney General
Equity Division
441 4th Street, N.W., 6S
Washington, D.C. 20001
(202)442-9842
Fax – (202) 727-3625
Email–maria.merkowitz@dc.gov


October 9, 2007