THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DENITA HARRIS ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DISTRICT OF COLUMBIA ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 07-1422 <br> RCL |

## REPORT OF PARTIES UNDER LOCAL RULE 16.3

**Joint Statement of the Case and its Bases**

The Plaintiff brought her case under the federal Individuals with Disabilities Education Act, 20 U.S.C. § 1400 et seq., on behalf of her minor daughter, D.H. The Plaintiff seeks a judgment declaring that the District of Columbia Public Schools ("DCPS") violated the IDEA and denied D.H. Free Appropriate Public Education by failing to respond to a request for funding for an independent evaluation; and (2) ordering DCPS to fund that evaluation and to convene a meeting afterwards.

The Plaintiff has received an administrative decision denying the relief requested in this case.

**Parties' Proposed Schedule**

The Parties have conferred regarding scheduling, and state as follows:

1. The Parties expect the case to be resolved by dispositive motion.

2. The Parties have attempted to narrow the issues in dispute, but have failed to do so.

3. The Parties do not wish the case to be referred to a magistrate judge.

4. The Parties are continuing to discuss settlement, though they do not believe that it is possible.

5. The Parties do not think that this case would benefit from ADR.

6. The Parties propose the following deadlines:

    a. November 30, 2007 – administrative record and transcript filing by Defendant;
    b. January 7, 2008 – Plaintiff's summary judgment motion;
    c. February 14, 2008 – Defendant's opposition and cross-motion for summary judgment;
    d. March 3, 2008 – Plaintiff's opposition and reply;
    e. March 17, 2008 – Defendant's reply.

7. The Parties stipulate to dispense with the requirements of Rule 26(a)(1).

8. The Parties do not currently believe that discovery or experts will be necessary.

9. The Parties propose that all other scheduling be decided if necessary following the resolution of the motions for summary judgment.

Respectfully submitted,

/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C.  20009
Phone:  (202) 265-4260
Fax:  (202) 265-4264
tyrka@tyrkalaw.com


/s/ Maria Merkowitz
MARIA L. MERKOWITZ [312967]
Senior Litigation Counsel
441 4th Street, N.W.
Sixth Floor North
Washington, DC  20001
(202) 442-9842
FAX - (202) 727-3625
E-mail – maria.merkowitz@dc.gov

2

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DENITA HARRIS** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Civil Action No. 07-1422 |
| v. | ) | RCL |
| | ) | |
| **DISTRICT OF COLUMBIA** | ) | |
| | ) | |
| Defendant. | ) | |

## PROPOSED ORDER

On consideration of the Report of Parties Under Local Rule 16.3, it is hereby ORDERED that the parties shall comply with the following deadlines:

1) the Defendant shall file the administrative record and transcript on or before November 30, 2007;

2) the Plaintiff shall file her Motion for Summary Judgment on or before January 7, 2008;

3) the Defendant shall file its Opposition and Cross-Motion for Summary Judgment on or before February 14, 2008;

4) the Plaintiff shall file her Opposition and Reply on or before March 3, 2008; and

5) the Defendant shall file its Reply on or before March 17, 2008.

SO ORDERED.

_____
Royce C. Lamberth
United States District Judge