THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **DENITA HARRIS** | ) |
| **Plaintiff,** | ) |
|  | ) Civil Action No. 07-1422 |
| v. | ) RCL |
|  | ) |
| **DISTRICT OF COLUMBIA** | ) |
|  | ) |
| **Defendant.** | ) |

**ORDER**

On consideration of the Report of Parties Under Local Rule 16.3, it is hereby ORDERED that the parties shall comply with the following deadlines:

1) the Defendant shall file the administrative record and transcript on or before November 30, 2007;

2) the Plaintiff shall file her Motion for Summary Judgment on or before January 7, 2008;

3) the Defendant shall file its Opposition and Cross-Motion for Summary Judgment on or before February 14, 2008;

4) the Plaintiff shall file her Opposition and Reply on or before March 3, 2008; and

5) the Defendant shall file its Reply on or before March 17, 2008.

SO ORDERED.

_____/s/_____
Royce C. Lamberth
United States District Judge