UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| **DENITA HARRIS,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-1422 (RCL) |
| | ) | |
| **DISTRICT OF COLUMBIA,** | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

Upon full consideration of plaintiff's Motion for Summary Judgment [12], defendant's Cross Motion for Summary Judgment [13], the entire record herein, and the applicable law, it is hereby

ORDERED that plaintiff's motion is GRANTED.  It is further hereby

ORDERED that defendant's motion is DENIED.  It is further hereby

ORDERED that District of Columbia Public Schools ("DCPS") shall fund an independent functional behavioral assessment of D.H.  It is further hereby

ORDERED that within fifteen days following receipt of that evaluation, DCPS shall convene a multidisciplinary team meeting.  At that meeting, it shall review all of D.H.'s evaluations and develop an appropriate individualized education program for her.  It is further hereby

ORDERED that defendant shall reimburse plaintiff for attorney's fees incurred in this litigation.  Plaintiff shall have ten days after entry of this order to submit to this Court an

accounting of attorney's fees.  Defendant shall have ten days after receipt of plaintiff's accounting to submit to this Court any opposition thereto.

    SO ORDERED.

    Signed by Chief Judge Royce C. Lamberth, on June 23, 2008.