THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DENITA HARRIS, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>DISTRICT OF COLUMBIA )<br>)<br>Defendant. )<br>) | Civil Action No. 07-1422 (RCL) |

**JOINT MOTION FOR CONSENT JUDGMENT OF
REASONABLE ATTORNEYS' FEES AND COSTS**

In accordance with Federal Rule of Civil Procedure 54(d)(2), the parties respectfully move for a consent judgment of attorneys' fees and costs.

The Court granted the Plaintiff's motion for summary judgment in the above-captioned matter on June 23, 2008. As the prevailing party, the Plaintiff is entitled to reimbursement for attorneys' fees and costs in this action. The parties have discussed and agreed upon the attached proposed order, which will resolve all issues concerning the Plaintiff's attorneys' fees and costs. Accordingly, the parties request that the Court enter their proposed consent judgment.

Respectfully submitted,

/s/ Douglas Tyrka
Douglas Tyrka, #467500
Tyrka & Associates, LLC
1726 Connecticut Ave., NW, Suite 400
Washington, D.C.  20009
Phone:  (202) 265-4260
Fax:  (202) 265-4264
Email: tyrka@tyrkalaw.com

                                    PETER NICKLES
                                    Interim Attorney General
for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Edward P. Taptich
EDWARD P. TAPTICH [012914]
Chief, Equity Section 2

/s/ Maria Merkowitz
MARIA MERKOWITZ [312967]
Assistant Attorney General
441 4th St., N.W., Sixth Floor South
Washington, DC 20001
(202) 442-9842
(202) 727-3625 (facsimile)
Maria.Merkowitz@dc.gov

**July 2, 2008**

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENITA HARRIS,** <br><br> Plaintiff, <br><br> v. <br><br> **DISTRICT OF COLUMBIA** <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) **Civil Action No. 07-1422 (RCL)** <br> ) <br> ) <br> ) <br> ) <br> ) |

**CONSENT JUDGMENT**

Upon consideration of the parties' Joint Motion for Consent Judgment of Reasonable Attorneys' Fees and Costs, it is, this _____ day of _____, 2008 hereby

**ORDERED** that the Plaintiff is awarded $4,350.00 as payment for reasonable attorney fees and costs incurred in the underlying administrative action as well as the above-captioned proceeding in this Court; and it is further

**ORDERED** that the Defendant shall make payment in this amount to Plaintiff's counsel within 60 days; and it is further

**ORDERED,** that this fully resolves the only remaining issue in this matter.

_____
Royce C. Lamberth
United States District Judge