THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **DENITA HARRIS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 07-1422 (RCL) |
| v. ) | |
| ) | |
| **DISTRICT OF COLUMBIA** ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **CONSENT JUDGMENT**

Upon consideration of the parties' Joint Motion for Consent Judgment of Reasonable Attorneys' Fees and Costs, it is, this  7th  day of  July , 2008 hereby

**ORDERED** that the Plaintiff is awarded $4,350.00 as payment for reasonable attorney fees and costs incurred in the underlying administrative action as well as the above-captioned proceeding in this Court; and it is further

**ORDERED** that the Defendant shall make payment in this amount to Plaintiff's counsel within 60 days; and it is further

**ORDERED,** that this fully resolves the only remaining issue in this matter.


                             /s/                    
Royce C. Lamberth
Chief Judge